Case 04-71802    Doc 32    Filed 11/30/07    Entered 11/30/07 10:04:20    Desc Main
Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CHAVIS PRESS SHORTER  
5820 DAFRED DRIVE  
ROCKFORD, IL  61107

SSN-xxx-xx-3631

Case Number: 04-71802

Case filed on: 4/5/2004  
Plan Confirmed on: 6/25/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $19,963.89          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | CHAVIS PRESS SHORTER | 13.90 | 13.90 | 13.90 | 0.00 |
|  | Total Debtor Refund | 13.90 | 13.90 | 13.90 | 0.00 |
| 001 | AMCORE BANK NA | 11,300.00 | 4,045.00 | 4,045.00 | 2,621.15 |
|  | Total Secured | 11,300.00 | 4,045.00 | 4,045.00 | 2,621.15 |
| 001 | AMCORE BANK NA | 2,184.00 | 2,184.00 | 1,027.44 | 0.00 |
| 002 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CREDITORS INTERCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | RICHARD A. SNOW & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | RETAILERS NATIONAL BANK | 203.22 | 203.22 | 95.60 | 0.00 |
| 008 | SAMS CLUB / GE CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | UNIVERSAL FIDELITY CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | WINNEBAGO COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | B-LINE LLC | 2,801.03 | 2,801.03 | 1,317.72 | 0.00 |
| 012 | SHERMAN ACQUISITION DBA | 14,471.01 | 14,471.01 | 6,807.76 | 0.00 |
|  | Total Unsecured | 19,659.26 | 19,659.26 | 9,248.52 | 0.00 |
|  | Grand Total: | 33,673.16 | 26,418.16 | 16,007.42 | 2,621.15 |

Total Paid Claimant:     $18,628.57  
Trustee Allowance:       $1,335.32  
Percent Paid Unsecured:    47.04

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　 /s/ Lydia S. Meyer  
　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>11/30/2007</u>          By  <u>/s/Heather M. Fagan</u>